**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Attorneys for Plaintiff,
**DYNYKEA D. MURRAY**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, Esq. (SBN 235936)
anassihi@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 544-1900
Fax:             (415) 391-0281
Jennifer M. Stevenson, admitted *pro hac vice*
jstevenson@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNYKEA D. MURRAY, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>             Defendants. | Case No: 5:22-cv-01907-MRW<br><br>Judge: Michael R. Wilner<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, DYNYKEA D. MURRAY, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 to 120 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: March 22, 2024,          QUILL & ARROW LLP

By _____
Kevin Y. Jacobson, Esq.
Allen Amarkarian, Esq.
Attorneys for Plaintiff,
DYNYKEA D. MURRAY

Dated: March 22, 2024,          SHOOK, HARDY & BACON L.L.P.

By: */s/ Jennifer M. Stevenson*
Amir Nassihi, Esq.
Jennifer M. Stevenson, Esq.
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.