1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNYKEA D. MURRAY, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>        Defendants. | Case No.: 5:22-cv-01907-SSC<br><br>*Assigned to Magistrate Judge: Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 27, 2024   By: _____
Hon. Stephanie S. Christensen
United States Magistrate Judge